IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHWEST COMMUNITY HEALTHCARE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>MORGAN STANLEY INVESTMENT )<br>MANAGEMENT, INC. )<br>) | No. 2010 C 3723<br><br>Judge Hibblerl<br><br>Magistrate Judge Keys |

## NOTICE OF DISMISSAL

No answer or motion for summary judgment having been filed, Northwest Community Healthcare hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A).

        Respectfully submitted,

        NORTHWEST COMMUNITY HEALTHCARE


    By:    /s/ Peter B. Shaeffer
            Peter B. Shaeffer, one of its attorneys

Peter B. Shaeffer, Attorney
30 N. LaSalle Street - Ste. 2140
Chicago, IL 60602
Tel: 312-782-5306
Fax: 312-201-4559
#3127472

## Certificate of Service

I, Peter B. Shaeffer, an attorney, hereby certify that on the 19th day of August, 2010, service of a copy of the NOTICE OF DISMISSAL was accomplished pursuant to ECF as to ECF Filing Users upon the following:

Richard J. Prendergast  
Jennifer Michelle Ryder  
Michael Thomas Layden  
Richard J. Prendergast, Ltd.  
111 West Washington Street  
Suite 1100  
Chicago, IL  60602

Andrew Staes  
Stephen Scallan  
Staes & Scallan P.C.  
111 West Washington Street  
Suite 1631  
Chicago, IL  60602

No appearances have been filed by or on behalf of non-participants in Electronic Case Filing.  Service was made by overnight delivery on the following:

Richard Rosen  
Douglas Pravda  
Andrew Amend  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, N.Y.  10019  
(by federal express)

                                                        s/ Peter B. Shaeffer