## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division


Northwest Community Healthcare

                        Plaintiff,

v.                                      Case No.: 1:10–cv–03723

                                      Honorable William J. Hibbler

Morgan Stanley Investment Management, Inc.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 19, 2010:


      MINUTE entry before Honorable William J. Hibbler: Applications to appear pro hac vice of Richard A. Rosen [6], Douglas M. Pravda [7] and Andrew W. Amend [8] as counsel for defendant are granted. This case is dismissed pursuant to FRCP 41(a)(1)(A). All pending dates and motions are terminate as moot. Civil case terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.